costs and, this being an exceptional case, reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

56. Nicole is further entitled to an injunction preventing Sam Dae and its agents and employees from further infringing Nicole's Design Mark, together with an order that all of the goods in possession of the Sam Dae and bearing the Infringing Design Mark be impounded pending resolution of this action and thereafter destroyed.

## THIRD CLAIM FOR RELIEF
### (UNFAIR BUSINESS PRACTICES AGAINST ALL DEFENDANTS)
### (CALIFORNIA BUSINESS AND PROFESSIONS CODE)

57. Nicole incorporates the allegations of paragraphs 1 though 56 of this complaint.

58. The conduct of Sam Dae as alleged herein constitutes unfair business practices and false advertising under California Business and Professions code sections 17200 *et seq.* and 17500 *et seq.*

59. Nicole is entitled to an injunction preventing Sam Dae and its agents and employees from selling, offering for sale, advertising, manufacturing, importing or transporting, transferring or disposing of any Infringing Bags, or any goods bearing the Infringing Design Mark, or taking any other action reasonably likely to cause customer confusion. Nicole is also entitled to an order that all of the Infringing Bags, or any goods bearing the Infringing Design Mark, in possession of Sam Dae and its agents and employees be impounded pending resolution of this action and thereafter destroyed, and to an award of costs and attorneys fees.

///

///

///

## FOURTH CLAIM FOR RELIEF
## (UNJUST ENRICHMENT AGAINST ALL DEFENDANTS)

60. Nicole incorporates the allegations of paragraphs 1 though 59 of this complaint.

61. As a result of the conduct alleged herein, Sam Dae has been unjustly enriched to Nicole's detriment. Nicole seeks an accounting and disgorgement of all ill gotten gains and profits resulting from Sam Dae's inequitable activities.

## FIFTH CLAIM FOR RELIEF
## (LIBEL AGAINST ALL DEFENDANTS)

62. Nicole incorporates the allegations of paragraphs 1 though 61 of this complaint.

63. Sam Dae willfully, knowingly, without justification, and without privilege communicated to other persons and entities in written form statements that stated and implied that Nicole is a counterfeiter and pirate, and that Nicole manufactures and distributes counterfeit goods. The written statements are contained in the Public Campaign Letter.

64. Sam Dae's statements disparaged Nicole and exposed Nicole to hatred, ridicule, or disgrace, or caused Nicole to be shunned or avoided, and were intended to injure Nicole's business as Sam Dae publicly called for a boycott of Nicole.

65. Sam Dae's statements were false, and were known by Sam Dae to be false when made.

66. By written letter to Sam Dae, Nicole demanded that Sam Dae, amongst other things, immediately cease and desist from making defamatory statements about Nicole. Sam Dae responded to Nicole's cease and desist demands by a letter dated September 2, 2014 to Nicole, in which Sam Dae stated that it

would temporarily cease and desist, but that it may "continue [its] public campaign against Nicole."

67. As a result of Sam Dae's publication of the false statements, Nicole's reputation has been damaged and Nicole has suffered general and special damages in an amount to be proven at trial. Because Sam Dae's publication of false statements about Nicole were made with actual malice and/or with reckless disregard for their truth Nicole is entitled to exemplary damages for the sake of example and by way of punishing Sam Dae.

## SIXTH CLAIM FOR RELIEF
### (TRADE LIBEL AGAINST ALL DEFENDANTS)

68. Nicole incorporates the allegations of paragraphs 1 though 67 of this complaint.

69. Sam Dae willfully, knowingly, without justification, and without privilege communicated to other persons and entities in written form statements that stated and implied that Nicole is a counterfeiter and pirate, and that Nicole manufactures and distributes counterfeit goods. The written statements are contained in the Public Campaign Letter.

70. Sam Dae's statements disparaged Nicole's goods, and induced others not to deal with Nicole, in that the public and persons and entities which did business with Nicole were led to believe that Nicole's goods were inferior in that they were told the goods were counterfeit and unauthorized. Sam Dae's statements also disparaged Nicole and exposed Nicole to hatred, ridicule, or disgrace, or caused Nicole to be shunned or avoided, and were intended to injure Nicole's business as Sam Dae publicly called for a boycott of Nicole.

71. Sam Dae's statements were false, and were known by Sam Dae to be false when made.

1  72. As a result of Sam Dae's publication of the false statements, others
2  have been deterred from dealing with Nicole, Nicole's reputation has been
3  damaged, and Nicole has suffered general and special damages in an amount to be
4  proven at trial. Because Sam Dae's publication of false statements about Nicole
5  were made with actual malice and/or with reckless disregard for their truth Nicole
6  is entitled to exemplary damages for the sake of example and by way of punishing
7  Sam Dae.

9  **WHEREFORE,** Nicole prays for relief against Sam Dae as follows:
10  A. For general damages and special damages according to proof, or
11  statutory damages at Nicole's election;
12  B. Treble damages for any infringement found to be willful.
13  C. For an accounting of Sam Dae's ill gotten profits.
14  D. For an injunction preventing Sam Dae and its agents and employees
15  from selling, offering for sale, advertising, manufacturing, importing or
16  transporting, transferring or disposing of any Infringing Bags, or any goods bearing
17  the Infringing Design Mark, or taking any other action reasonably likely to cause
18  customer confusion, and to an award of costs and attorneys fees.;
19  E. For an order that an order that all of the Infringing Bags, or any goods
20  bearing the Infringing Design Mark, in possession of Sam Dae and its agents and
21  employees be impounded pending resolution of this action and thereafter
22  destroyed;
23  ///
24  ///
25  ///
26  ///
27  ///

1     F.     For exemplary damages for Sam Dae's malicious libel.

2     G.     For an award of costs and attorneys fees incurred herein; and

3     H.     For such other relief as is just.

Dated: September 12, 2014

Bryan King Sheldon
George Busu
LIM, RUGER & KIM, LLP

By: *George Busu* (signature)
George Busu,
Attorneys for Plaintiff,
Nicole, Inc.

## DEMAND FOR JURY TRIAL

Plaintiff Nicole, Inc. hereby demands a jury trial in this action.

Dated: September 12, 2014

Bryan King Sheldon
George Busu
LIM, RUGER & KIM, LLP

By: *George Busu*
George Busu,
Attorneys for Plaintiff,
Nicole, Inc.

LIM, RUGER & KIM, LLP

00044871.doc

Exhibit "1"

# YI & MADROSEN ATTORNEYS AT LAW

3435 WILSHIRE BOULEVARD • SUITE 1045
LOS ANGELES • CALIFORNIA 90010
TELEPHONE: (213) 377-5447
FACSIMILE: (213) 377-5448

**August 22, 2014**

Dear Friends Against Piracy:

    Our office represents Samdae Enterprises, Inc. ("Samdae Enterprises") in a trademark infringement dispute with Nicole Lee, Inc. ("Nicole Lee" a.k.a. "Nicole, Inc.") regarding Nicole Lee's unlawful trademark and use of Samdae Enterprises' "LANY" product line in foreign countries. This letter is a declaration of support to ask that you join us in making a stand against counterfeiters.

    Samdae Enterprises is a family owned and operated business, that began from humble beginnings 25 years ago. Mr. Robert Park and his family have dedicated their lives to their company, and take tremendous pride in their work and their LANY product line, which they created in 2000. Samdae Enterprises trademarked "LANY" with the U.S. Patent and Trademark Office in 2006.

    To our client's shock and dismay, we have learned through clear and convincing evidence that Nicole Lee, who was once a former customer of Samdae Enterprises, and now a direct competitor of theirs, has trademarked "LANY" in Columbia and Mexico in 2014. We believe that Nicole Lee is importing and exporting pirated LANY products in Columbia, Mexico, and possibly other foreign countries. We believe that Nicole Lee is unlawfully using the "LANY" and "LANY Paparazzi(o)" brand name and logo in violation of U.S. trademark laws.

    We ask that you kindly show your support for Mr. Park, his family, and Samdae Enterprises. First, if you see LANY products you believe to be pirated or not bearing verification of a U.S.A. trademark, please contact our law firm at the above as soon as possible. Second, we kindly ask that you do not buy, sell or trade any LANY product line that does not originate from Samdae Enterprises and/or is not a verified U.S.A. trademark. Third, we ask that you boycott all products sold by Nicole Lee until Nicole Lee cancels its invalid trademark registrations in all foreign countries.

    We truly need your help in this endeavor to stop counterfeiters, and ask that you sign this declaration of support and return it to our office. We sincerely thank you for your help in our efforts to stop pirated LANY products from being sold in the global market place.

Sincerely,

MICHAEL H. YI
IAN C. MADROSEN

**DECLARATION OF SUPPORT**

Signature and date: _____

Print Name and Company: _____

<u>Por favor vea a continuación la traducción en español:</u>

Queridos Amigos Contra la Piratería:

  Nuestra oficina representa a Samdae Enterprises, Inc. ("Samdae Enterprises") en una disputa de infracción de marca con Nicole Lee, Inc. ("Nicole Lee" a.k.a. "Nicole, Inc.") con respecto a la registración de marca "LANY," línea de productos, por parte de Nicole Lee en países extranjeros. Esta carta es una declaración de apoyo, para pedir que se unan a nosotros para hacer una postura en contra de los contrahechuras.

  Samdae Enterprises es un negocio con propiedad y gestión familiar, que comenzó desde sus humildes comienzos hace 25 años. Sr. Robert Park y su familia han dedicado sus vidas a su empresa, y toman tremendo orgullo en su trabajo y su línea de productos LANY, que crearon en el 2000. Samdae Enterprises registró la marca "LANY" con la Oficina de Patentes y Marcas en el 2006.

  Para la sorpresa y consternación de nuestros clientes, hemos aprendido a través de pruebas claras y convincentes de que Nicole Lee, que fue una vez un antiguo cliente de Samdae Enterprises, y ahora es un competidor directo, ha registrado la marca "LANY" en Colombia y México en el 2014. Creemos que Nicole Lee esta importando y exportando productos LANY pirateados en Colombia, México, y posiblemente otros países extranjeros. Creemos que Nicole Lee está ilegalmente utilizando la marca y logotipo "LANY" y "LANY Paparazzi(o)" en violación de las leyes de marcas estadounidenses.

  Le pedimos que muestre amablemente su apoyo hacia el Sr. Park, su familia, y Samdae Enterprises. En primer lugar, si usted ve los productos LANY que usted cree que son pirateadas o que no tengan la verificación de una marca EE.UU., póngase en contacto con nuestro bufete de abogados tan pronto sea posible. En segundo lugar, le pedimos que usted no compre, venda o negocie cualquier línea de productos LANY que no proceda de Samdae Enterprises y/o que no sea una marca EE.UU. verificada. En tercer lugar, le pedimos boicotear todos los productos vendidos por Nicole Lee hasta que Nicole Lee cancela sus registros de marcas no válidas en todos los países extranjeros.

  Realmente necesitamos su ayuda en esta tarea para detener a los falsificadores, y pedimos que firme esta declaración de apoyo y devolverlo a nuestra oficina. Sinceramente, le damos las gracias por su ayuda en nuestros esfuerzos para detener productos LANY pirateados de ser vendido en el mercado mundial.



**United States Patent and Trademark Office**
**SAM DAE ENTERPRISES, INC. USA TRADEMARKS**

# LANY

Class 18 (Handbags) Registration Number: 3061515; Filing Date May 27, 2003
Class 25 (Footwear) Registration Number: 3358393; Filing Date April 5, 2007
Class 25 (Clothing) Registration Number: 4501077; Filing Date April 21, 2013

# LANY PAPARAZZI

Class 18 Serial Number: 86133307; Filing Date December 3, 2013

# LANY PAPARAZZO

Class 18 Serial Number: 86280470; Filing Date May 14, 2014

## NICOLE, INC. TRADEMARKS LANY (AS SEEN BELOW):



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

NICOLE, INC.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

SAM DAE ENTERPRISES, INC., a California corporation

**(b)** County of Residence of First Listed Plaintiff  Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

George Busu, Esq., LIM RUGER & KIM, LLP    Tel: (213) 955-9500
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:**  ☒ Yes  ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:**  ☐ Yes  ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. § 1121/28 U.S.C. § 1338

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:    Case Number:  LACV14-7157

CV-71 (06/14)    CIVIL COVER SHEET    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☒ No<br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below.  ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are related when they:

☐ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _/s/ Ge Ben_  DATE: September 12, 2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |